## LYNN v. STATE.

### No. 23195.

Court of Criminal Appeals of Texas.
Oct. 31, 1945.
Rehearing Denied Nov. 28, 1945.

J. W. McCullough, of McKinney, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant entered his plea of guilty to a charge of selling intoxicating liquor in a dry area, and was fined $100. Notwithstanding the plea of guilty appellant gave notice of appeal to this court. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## LYNN v. STATE.

### No. 23196.

Court of Criminal Appeals of Texas.
Oct. 31, 1945.
Rehearing Denied Nov. 28, 1945.

J. W. McCullough, of McKinney, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was charged with a violation of the liquor laws of Collin County, the information containing allegations of prior convictions. Upon a plea of guilty before the court, he was awarded a penalty of six months in jail.

There are no bills of exception and no statement of facts in the record. The record appears to be regular, and we find no complaint thereto.

The judgment is affirmed.